UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                   Case No. 3:23-cr-29

vs.

CODY A. SORRELL,                    District Judge Michael J. Newman

    Defendant.

---

**ORDER:  (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 25); (2) GRANTING THE PARTIES' JOINT MOTION FOR CHANGE OF PLEA HEARING (Doc. No. 21); (3) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT 1 OF THE INDICTMENT; AND (4) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 25), recommending that the Court accept Defendant's guilty plea.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The parties' joint motion to change plea (Doc. No. 21) is **GRANTED**, and the Court **ACCEPTS** Defendant's plea of guilty as charged in Count 1 of the Indictment, which charges him with knowingly and intentionally conspiring to distribute a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(l)(C).  The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

   October 25, 2023                                  s/Michael J. Newman
                                                                  Hon. Michael J. Newman
                                                                   United States District Judge